# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 18, 2021

## NO. 03-21-00342-CV

**R. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the de novo decree of termination signed by the trial court on July 6, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's decree. Therefore, the Court affirms the trial court's de novo decree terminating parental rights. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.